# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.8306 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-8306
WQuaranta@JonesDay.com

October 2, 2024

VIA ECF

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *Horowitz v. TransUnion, LLC et al.*, 7:24-cv-00505-KMK (S.D.N.Y.)
      Request for Adjournment of Initial Conference

Dear Judge Karas:

Defendant Experian Information Solutions, Inc. ("Experian") writes to request an adjournment of the initial conference, currently scheduled for Wednesday, October 9, 2024 at 11:30 am.

Counsel for Experian will be out of office and traveling on the currently scheduled date through Friday, October 11, 2024. Therefore, Experian respectfully requests an adjournment of the initial conference until Monday, October 14, 2024 or thereafter.

Plaintiff and Equifax Information Services, LLC consent to this request. There have been no previous requests for an adjournment of the initial conference, and this request does not affect any other scheduled dates.

Granted. The conference is adjourned to 10/17/24, at 11:30

So Ordered
10/2/24

Respectfully submitted,

/s/ William P. Quaranta

William P. Quaranta

cc:   All counsel of record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON