

# STEIN | SAKS, PLLC

YAAKOV SAKS ▲ ■ *
JUDAH STEIN ▲ ■
ELIYAHU BABAD ▲ ■
MARK ROZENBERG ■
RAMI M. SALIM ▲ ■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 16, 2024

**Via CM/ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York

    Re:    **Horowitz v. TransUnion, et al.**
             **Case #: 7:24-cv-00505-KMK**

Dear Judge Karas:

Defendant Experian Information Solutions, Inc. ("Experian") writes to request an adjournment of the initial conference, currently scheduled for Thursday, October 17, 2024 at 11:30 am.

Counsel for plaintiff will be closed for the Jewish holidays on the currently scheduled date through Friday, October 25, 2024. Therefore, plaintiff respectfully requests an adjournment of the initial conference until Monday, October 28, 2024 or thereafter.

Defendants Experian Information Services, Inc. and Equifax Information Services, LLC consent to this request. There has been one previous request for an adjournment of the initial conference, and this request does not affect any other scheduled dates.

We thank Your Honor and the Court for its kind considerations and courtesies.

*Granted, but counsel is asked to make any future such requests in a timely fashion, as per the Court's Individuals Practices. The conference is adjourned to 10/31/24, at 3:00 via teleconference*

Respectfully submitted,

So Ordered.
10/16/24

*s/ Rami M. Salim*
Rami M. Salim, Esq.

cc:    All Counsel of Record via ECF